In the Matter of the Application of BENJAMIN DAVIDSON, Respondent, to Determine and Enforce an Attorney's Lien. JOSEPH MONACO, Plaintiff,

v. SAMUEL BLANK, Appellant, Doing Business under the Firm Name and Style of ALBERT PAPER BOX COMPANY.— Judgment and order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.